Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
___Houston___ DIVISION

United States Courts Southern
District of Texas
FILED

**May 12, 2021**

Nathan Ochsner, Clerk of Court

Uchechi Eze

versus

IRS and Madufuro Eze

CIVIL ACTION NO. **4:21cv1596**

ORIGINAL COMPLAINT

Around May of 2019 After receiving a check of $14,000 from IRS I wanted to return it I had just started a business of Eden Homehealth Care LLC but my two sons Jimmy M Egu and Madufuro Uchechukwu Eze Called their step father & biological fathers' called Madufuro Eze who is on SS for a long time since 2005 and in Louisiana we moved to TX he continued to file Taxes and gets approx 50k to 60k in addition to his SS & does not report it to SSA nor to IRS He has no Drivers license Does commodity market asked his children to defraud my business So I was in a serious hardship He asked what yr was on the $14,000 check I was

Judge Ursla Hall has Case

told he told them both on a speaker that it was mine I asked him if he was sure since he files taxes for yrs he said its money IRS owes me from the past so I remembered in 2009 I never received my check from IRS of $12K which a woman in Louisiana Evette filed for me & told me she never filed it so later I found out from IRS here in TX that when this was going on she said and confessed that she stole the money I never saw the filed taxes nor did I sign it. I thought maybe thats the money but two to three weeks later I got a letter from IRS questioning me if I got the check & signed & cashed it I said yes and went as far as going to their office on 145 South houston & said yes I received my 2 yrs taxes plus got that $14,000 and I tried to explain what happened I was very sick & couldnt make my appt

didnt do it intentionally but was intentionally asked to take it that it was mine. The ex husband Madafero Zerenjo Eze has multiple computers and Phones and I am also asking for justice against him because what he did is criminal. I also foundout that He encouraged my two sons along with seller who made my son Jimmy Eze president over me while I am 100% owner I told all staff including Medex who was only one biller but about 7 billers worked on the medicare fraudulently stealing 500k I kept Firing him but returns as

Stolen them & my daughter Adanma Egu used computer to replace it and two months ago the original one was returned but stolen again with my net spend card that I got for ~~due 3~~ 3 dollars & put 2 dollars in it I was so sick I had to go back to recerry 8S again then had an acciden Jan 27 2020 where my foth tire drivers side broke off & the car lost control & hit middle partition on 145N I lost everyffy Including where I lived in spring 2435 guesfer Drwe. Pls I am seeking remedy to be forgiven that $14000 due to the fact I

He denied knowing anything about it so now they have deleted my Emails and two lines on my ph erased us ever being with verizon but my ph then was T mobile and they switched me to AT&T just recently without me knowing and stole my Email Address for my ministry Fofhmwoc@gmail.com deleted all evidence of my taxes that I filed in 2017 and 2018 a Case with Judge Ursula Hall and they are monitoring me to see who I talk to about bribing & even taking my Documents & evidences of Documents filed for the defraudment

They also robbed me at wellsfargo Bank in Nov 1 before 2nd 2019 they broke my window as I went in to help a homeless man with some money because I take care of Homeless orphans Widow Pregnant teens & drug addicts at 2001 Commerce and under bridges. The bags were medical related & business related items & my 501c3 which I never took but only 4 tithes since 2001 till today I use money Madufora Zerengo should be arrested & Computer & phs I make *[signature]* Uchechi L Eze taken for Investigah

Address
15821 Fm 529 # 324
Houston TX 77095

My Son is asking me to move for correcting him
I don't get most of my mail & theyre & other documents stolen from my Room