IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UCHECHI EZE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-1596 |
| | § | |
| IRS and MADUTORO EZE, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING COMPLAINT

When a plaintiff proceeds without prepaying filing fees, 28 U.S.C. § 1915(e) requires the federal district court to review the complaint and to dismiss it if the action fails to state a claim on which relief may be granted. Section 1915(e)(2)(B)(i) requires dismissal if the complaint is unintelligible or meritless on its face. *Harris v. Hegmann*, 198 F.3d 153, 156 (5th Cir. 1999) (internal quotation marks and citation omitted). That is the case here. Ms. Eze has asserted a litany of complaints against her ex-husband and seeks a restraining order against him. Ms. Eze alleges that her son quarrels with her and she "can't take the abuse." She alleges that she was robbed of some bags by unidentified persons. Ms. Eze alleges that she received a check from the IRS in 2019 that she wanted to return but she could not get to the IRS office to do so.

Ms. Eze alleges no basis for a claim under federal law on which she can recover, nor for any relief that is within the authority of this federal court to grant. Because the complaint is legally and factually frivolous, it is dismissed.

SIGNED on June 28, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge